UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA WATSON,

    Plaintiff,

    v.                                        CASE NO.:  6:17-cv-00508-GAP-GJK

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JOSHUA WATSON, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JOSHUA WATSON, and Defendants, CREDIT ONE BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                      */s/ Shaughn C .Hill*
                                                      SHAUGHN C. HILL, ESQUIRE
                                                      Florida Bar No. 105998
                                                      MORGAN & MORGAN, TAMPA, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin Street, Suite 700
                                                      Tampa, FL 33602
                                                      Telephone:  (813) 223-5505
                                                      Facsimile:   (813) 223-5402
                                                      Primary Email: SHill@ForThePeople.com
                                                      Secondary: LCrouch@ForThePeople.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23RD day of April, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998