## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOSHUA WATSON**,**

        Plaintiff,

        v.                    CASE NO.:  6:17-cv-00508-GAP-GJK

CREDIT ONE BANK, N.A.,

        Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff, JOSHUA WATSON, and the Defendant, CREDIT ONE

BANK, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with

prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above

styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

      Respectfully submitted this 23rd day of May, 2018.

| | |
|---|---|
| **/s/ Shaughn C. Hill** | **/s/ Ashley N. Rector** |
| SHAUGHN C. HILL, ESQUIRE | ASHLEY N. RECTOR, ESQUIRE |
| FL Bar No.: 0105998 | Florida Bar No. 0106605 |
| MORGAN & MORGAN, P.A. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, Florida 33618 |
| Tele: (813) 223-5505 | Telephone: (813) 440-5327 |
| Fax: (813) 223-5402 | Facsimile: (866) 466-3140 |
| SHill@ForThePeople.com | arector@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 23, 2018, I filed the foregoing Joint Stipulation of Dismissal, according to the Court's guidelines, using the CM/ECF system, and a copy of which was served to all parties of record.


*<u>/s/ Shaughn C. Hill</u>*
SHAUGHN C. HILL, ESQUIRE
FL Bar No.: 0105998